IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CITY OF HOLLY SPRINGS                                                        PLAINTIFF

V.                                                CIVIL ACTION NO. 3:19-CV-287-SA-RP

PURDUE PHARMA L.P. *et al*                                          DEFENDANTS

ORDER DISMISSING ACTION

The Court was advised per the Plaintiff's Notice of Voluntary Dismissal [46] that the

Plaintiff intends to dismiss its Complaint against all defendants pursuant to Rule 41 of the Federal

Rules of Civil Procedure. As such, there is no need for the case to remain on the Court's schedule.

IT IS ORDERED that this action be DISMISSED *without prejudice*. This case is CLOSED.

This the 1st day of July, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE